BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY and Others, Defendants. JOHN JOHL and Others, Appellants.—

---

* Added by Laws of 1911, chap. 571.— [REP.

† See Code Civ. Proc. § 3253; now Civ. Prac. Act, § 1513.— [REP.

Motion for stay denied. Present — Blackmar, P. J., Kelly, Jaycox, Kelby and Young, JJ.